■ ROCHESTER COMMUNITY SAVINGS BANK, Appellant, v FRED C. SMITH, JR., Respondent. [605 NYS2d 1015] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Set Aside Judgment.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.